

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  07-3195 |
| CHARLES CURRIE GROUP CONSTRUCTION CO., LLC, | ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 7).  The Court has reviewed the Motion and other pleadings, and finds that: (1) the Complaint has been duly filed and served upon the Defendant, Charles Currie Group Construction Co., LLC, (2) the Defendant has failed to answer or otherwise plead within the statutory time frame, and (3) the Plaintiffs have proven the amounts due and owing.  <u>Complaint (d/e 1)</u>, Exhibit E, Audit; <u>Motion for Default Judgment (d/e 7),</u> Exhibit A, <u>Affidavit of Attorney Fees</u>.  The Motion is therefore allowed.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 7) is

ALLOWED. A Default Judgment is hereby entered in favor of the Plaintiffs and against Defendant, Charles Currie Group Construction Co., LLC, as follows:

    A.    Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liabilities and liquidated damages due and owing for the period from May 1, 2005 through September 30, 2006, in the total amount of $11,325.18;

    B.    Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $2,693.75, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); and

    C.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: _____, 2007.

        FOR THE COURT:

                          s/Jeanne E. Scott
                          JEANNE E. SCOTT
                   UNITED STATE DISTRICT JUDGE